UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 MAR -7 PM 1:58

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: **'08 MJ 0730** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v.  ) | Title 21, U.S.C., Sections 841(a)1 |
| Jon M. BONA ) | Possession with Intent to Distribute |
| Defendant, ) | |

The undersigned complaint being duly sworn states:

On or about March 7, 2008, within the Southern District of California, Jon BONA did knowingly and intentionally possess approximately 171.8 grams of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)1.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Hakan Catalan
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF March 2008.

MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**

## STATEMENT OF FACTS

On March 7, 2008, at approximately 6:00 AM Immigration and Customs Enforcement (ICE) Special Agents and members of the San Diego Internet Crimes Against Children Task Force (ICAC) executed a Federal Search Warrant for Child Pornography at 3140 Easy Street, San Diego, California, 92105. During the execution of the search warrant, law enforcement personnel encountered Jon M. BONA, primary resident of 3140 Easy Street. ICE Special Agents noticed, in plain view, sixteen individually wrapped packages, vials, and a vitamin container, all of which contained a white powdery substance, which subsequently field-tested positive for Cocaine. Based on the individual packaging, Special Agents believe BONA has the ability to easily distribute small quantities of Cocaine out of his residence. ICE Special Agents noticed, in plain view, numerous items known to be used as drug paraphernalia, including; glass bong, pipe, multiple grinders with white powdery residue, lighters, several cut straws with white powdery residue, burnt spoon with white powdery residue, wire mesh filtering material, and numerous Ziploc baggies with white powdery residue inside.

BONA was arrested and charged with violation of Title 21 USC 841(a)1 Possession With The Intent to Distribute, and was transported to MCC, San Diego, CA.

Hakan Catalan
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant(s) named in the this probable cause statement committed the offense on March 7, 2008, in violation of Title 21, United States Code, Section 841(a)1.

_____
Date/Time

_____
United States Magistrate Judge