#12

AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR - 3 2008

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JON M. BONA | |

CASE NUMBER: 08CR 1038-IEG

I, JON M. BONA, the above named defendant, who is accused of violating Title 18, United States Code, Section 2252(a)(4)(B)– possession of child pornography (Felony), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 4/2/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER