# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **JON M. BONA**　　　　　　　　　　　　　　　　　　　　No. 08CR1038-IEG

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on ___May 1, 2008___ and ended on ___7/21/08___ ; ( )
　　　　　　　　　_____ and ended on _____ . ( )

**3161(h)**

___ (1)(A)　　Exam or hrg for **mental or physical incapacity**　　　　　　　　　A

___ (1)(B)　　**NARA exam**ination (28:2902)　　　　　　　　　　　　　　　　B

___ (1)(D)　　State or Federal trials or **other charges pending**　　　　　　　　C

___ (1)(E)　　**Interlocutory appeals**　　　　　　　　　　　　　　　　　　　D

___ (1)(F)　　**Pretrial motions** (from flg to hrg or other prompt dispo)　　　　E

___ (1)(G)　　**Transfers from other district** (per FRCrP 20, 21 & 40)　　　　　F

___ (1)(J)　　**Proceedings under advisement** not to exceed thirty days　　　　G

___　　　　　Misc proc: Parole or prob rev, deportation, **extradition**　　　　H

___ (1)(H)　　**Transportation** from another district or to/from examination　　6
　　　　　　　or hospitalization in ten days or less

✓ (1)(I)　　　Consideration by Court of **proposed plea agreement**　　　　　　7

___ (2)　　　**Prosecution deferred** by mutual agreement　　　　　　　　　　I

___ (3)(A)(B)　**Unavailability of defendant** or **essential witness**　　　　　　M

___ (4)　　　Period of **mental or physical incompetence** of defendant to　　N
　　　　　　　stand trial

___ (5)　　　Period of **NARA commitment or treatment**　　　　　　　　　　O

___ (6)　　　**Superseding indictment and/or new charges**　　　　　　　　　　P

___ (7)　　　**Defendant awaiting trial of co-defendant** when no severance　　R
　　　　　　　has been granted

___ (8)(A)(B)　**Continuance**s granted per (h)(8)-use "T" alone if more than　　T
　　　　　　　one of the reasons below are given in support of continuance

✓ (8)(B)(I)　1) Failure to grant a **continuance** in the proceeding　　　　　　T1
　　　　　　　　 would result in a **miscarriage of justice** and
　　　　　　　　 the ends of justice outweigh the best interest
　　　　　　　　 of the public and the defendant in a speedy trial.
　　　　　　　　 **(Continuance - miscarriage of justice)**
　　　　　　　2) Failure to grant a **continuance** of the trial would result in
　　　　　　　　 a miscarriage of justice as the defendant has tendered a
　　　　　　　　 guilty plea to a magistrate judge and is awaiting a
　　　　　　　　 determination as to whether the plea will be accepted.
　　　　　　　　 **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)　2) **Case** unusual or **complex**　　　　　　　　　　　　　　　T2

___ (8)(B)(iii)　3) **Indictment** following arrest **cannot be filed** in thirty (30) days　T3

___ (8)(B)(iv)　4) **Continuance** granted in order to obtain or substitute counsel,　T4
　　　　　　　　 or give reasonable time to prepare
　　　　　　　　 **(Continuance re counsel)**

___ 3161(I)　　Time up to **withdrawal of guilty plea**　　　　　　　　　　　　U

___ 3161(b)　　**Grand jury indictment time extended** thirty (30) more days　　W

Date 5/1/08　　　　　　　　　　　　　　　　　　　　　　Judge's Initials