```
FILED
2008 JUL 23 AM 10: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE IRMA E. GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>JON M. BONA,<br>　　　　Defendant. | Case No.: 08CR1038-IEG<br><br>**ORDER SEALING DOCUMENTS** |

## ORDER

GOOD CAUSE APPEARING THEREFORE, **IT IS HEREBY ORDERED** that the attached DEFENDANT'S EX PARTE REQUESTS FOR: (1) EXTRAORDINARY EXPERT FEES; and (2) ORDER ADMITTING EXPERTS AND RELEASING MEDICAL AND PSYCHOLOGICAL RECORDS be filed under seal.

DATED: 7/19/08

IRMA E. GONZALEZ
United States District Judge